1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

DANELIA MOLINA-MEJIA                         )
                                             )
                          Petitioner,        )          Case No. 10-2083-JLR-MAT
                                             )
            v.                               )
                                             )          **ORDER GRANTING**
DHS-ICE Director, Seattle ,                  )          **TEMPORARY STAY OF**
                                             )          **REMOVAL**
                          Respondent.        )
                                             )
_____  )

     Petitioner, proceeding through counsel, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, together with an emergency request for stay of removal.  (Dkt. 1.) The Court, having reviewed these submissions, does hereby ORDER:

     (1)  In light of the immediacy of the harm to petitioner before an opportunity for review of the case on the merits takes place, petitioner's removal is temporarily **STAYED** pending briefing and a resolution of petitioner's request for stay.  The Court expresses no views at this time as to the merits of petitioner's habeas petition or request for stay.

     (2)  Respondents shall file a response to petitioner's request for stay within 30 days of the entry of this Order.

     (3)  The Clerk shall direct a copy of this Order to counsel for petitioner, to the United States Attorney for the Western District of Washington, and to the Honorable Mary Alice

ORDER GRANTING TEMPORARY
STAY OF REMOVAL - 1

1  Theiler, United States Magistrate Judge.

2        DATED this 29th day of December 2010.

3

4                                _Ronald B. Leighton_

5                                RONALD B. LEIGHTON
                                 UNITED STATES DISTRICT JUDGE

6

7  Recommended for Entry

8  this 29th day of December, 2010.

9

   _/s/ BRIAN A. TSUCHIDA for_____

10  MARY ALICE THEILER
   United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING TEMPORARY
STAY OF REMOVAL - 2