UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANELIA MOLINA-MEJIA, ) | |
| ) | |
| Petitioner, ) | CASE NO. C10-2083-JLR-MAT |
| ) | |
| v. ) | ORDER |
| ) | |
| DHS-ICE DIRECTOR, SEATTLE, ) | |
| ) | |
| Respondent. ) | |
| ) | |

Respondent has twice re-noted his Return and Motion to Dismiss (Dkt. No. 11). (Dkt. Nos. 12 and 14.) Neither time has respondent requested leave of the Court to re-note the motion for consideration. Local Rule 7(d) provides that stipulations and agreed motions shall be noted for consideration for the day they are filed, and motions for relief from a deadline or limit imposed by an order, federal rule, or local rule, shall be noted for consideration no earlier than seven days after filing. *See* Local Rule CR 7(d)(1), (2)(A). While the Court accepts the current extension of time, no further extensions will be granted without leave of the Court and without a showing of good cause.

//

ORDER
PAGE -1

01        The Clerk is directed to send a copy of this Order to all counsel of record.

02        DATED this 18th day of March, 2011.

03

04                                                    _____
                                                      Mary Alice Theiler
05                                                    United States Magistrate Judge

ORDER
PAGE -2