```
____FILED    ____ENTERED
____LODGED   ____RECEIVED
```

JUL 29 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

10-CV-02083-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANELIA MOLINA-MEJIA, | CASE NO. C10-2083-JLR |
| Petitioner, | |
| v. | ORDER OF DISMISSAL |
| DHS-ICE DIRECTOR, SEATTLE, | |
| Respondent. | |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondent's Return and Motion to Dismiss, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's Petition for Writ of Habeas Corpus (Dkt. No. 1) is DENIED, respondent's Return and Motion to Dismiss (Dkt. No. 11) is GRANTED, and this action is DISMISSED with prejudice, and the previous temporary stay of removal issued by the Court (Dkt. No. 3) is VACATED; and

ORDER OF DISMISSAL
-1

01     (3)    The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

02   DATED this 29ᵗʰ day of July, 2011.

 

                                        JAMES L. ROBART
                                      United States District Judge

ORDER OF DISMISSAL
-2